# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0659

VERSUS

DONALD CROCHET                                        **JULY 30, 2021**

---

In Re:    Donald Crochet, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          546,870.

---

**BEFORE:    THERIOT, HOLDRIDE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion filed with the district court, the district court's ruling on the motion, a copy of the bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before September 27, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

Furthermore, relator's claims appear to be in the nature of postconviction relief. Any claims relator has regarding his conviction itself should be raised in a properly filed application for postconviction relief. See La. Code Crim. P. art. 924, et seq.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
              FOR THE COURT